1909.) Appeal from Special Term, New York County. Action by the Scarsdale Publishing Company-The Colonial Press against Peter F. Collier and another. From an order granting a motion to vacate an ex parte order for examination of one of the defendants, plaintiff appeals. Reversed, and motion denied. Henry Staton, for appellant. John V. Judge, for respondents.

PER CURIAM. Upon the papers presented, the plaintiff was clearly entitled to an examination of the defendant. The order should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

SCHLEGEL et al., Respondents, v. ROMAN CATHOLIC CHURCH OF MOST HOLY TRINITY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Joseph Schlegel and others against the Roman Catholic Church of the Most Holy Trinity and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 124 App. Div. 502, 108 N. Y. Supp. 955.

SCHLICHTE v. DONNEGAN. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Arnold W. Schlichte against John A. Donnegan. No opinion. Motion granted, with $10 costs. Order filed.

SCHNIBBE, Appellant, v. STUTZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Richard Schnibbe against Louis Stutz and another.

PER CURIAM. Plaintiff's testimony that, upon his objection to the provisions furnished and refusal to accept them, the defendants agreed that if plaintiff would accept them they would "stand behind them," tended to establish indemnification for subsequent acceptance. Without further expression upon the merits, we reverse the judgment dismissing the complaint, and order a new trial; costs to abide the event.

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Tilly Schnurr against Alexander Quinn. No opinion. Motion denied, with $10 costs.

SCHOONMAKER et al., Respondents, v. HENRY STEERS, Inc., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by John B. Schoonmaker and another, copartners, etc., under name of Schoonmaker & Rice, against Henry Steers, Incorporated. No opinion. Order unanimously affirmed, with $10 costs and disbursements. See, also, 128 App. Div. 655, 113 N. Y. Supp. 257.

SCHOONMAKER et al., Respondents, v. HENRY STEERS, Inc., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by John B. Schoonmaker and another, copartners, etc., under name of Schoonmaker & Rice, against Henry Steers, Incorporated.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, P. J., dissents. See, also, 128 App. Div. 655, 113 N. Y. Supp. 257.

SCHOTH, Respondent, v. McCLINTIC–MARSHALL CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Gustav Schoth, as administrator, etc., of Arthur Schoth, deceased, against the McClintic-Marshall Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHWEINFEST, Respondent, v. SHEFFIELD FARMS SLAWSON DECKER CO. Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Joseph J. Schweinfest against the Sheffield Farms Slawson Decker Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

SCIARESA, Respondent, v. ST. LAWRENCE PYRITES CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Luigi Sciaresa against the St. Lawrence Pyrites Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCOTT v. INTERNATIONAL PAPER CO. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by William J. Scott against the International Paper Company. No opinion. Motion denied. See, also, 125 App. Div. 318, 109 N. Y. Supp. 423.

SEAMAN, Respondent, v. NASSAU COUNTY, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Preston B. Seaman against the county of Nassau. No opinion. Judgment and order affirmed, with costs.

SEAMAN, Respondent, v. WEISS, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by James M. Seaman against Anton Weiss. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SECURITY WAREHOUSING CO., Appellant, v. AMERICAN EXCHANGE NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by the Security Warehousing Company against the American Exchange National Bank. S. H. Ordway, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 118 App. Div. 350, 103 N. Y. Supp. 399.